

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**FILED**

**JUL 05 2017** 

**THOMAS G. BRUTON**
**CLERK, U.S. DISTRICT COURT**

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ME2 PRODUCTIONS, INC | ) | **Case Number**: 17-cv-3850 |
| Plaintiff | ) | |
| | ) | **Judge:** Honorable Jorge L. Alonso |
| v. | ) | |
| | ) | **Magistrate Judge:** Maria Valdez |
| DOES 1-23 | ) | |
| Defendant | ) | |

### MOTION TO QUASH, VACATE SUBPONEA AND FOR PROTECTION

I Defendant Doe #7 request from the Court a protective motion to quash or vacate the subpoena served to Comcast Cable Communications. I was allegedly accused of infringing ME2 PRODUCTIONS, INC's copyrights on the internet by uploading or downloading content without permssion.

I would like to quash the subpoena on the grounds that:

I nor anyone in my home did not download/upload any illegal products. We have no knowledge that any infrigements, downloads or uploads wa being done using the IP given by Comcast. Everyone in my home is very responsible not to mention that we take percautions on what we do on our computer seeing how we have heard of all kinds of scams and hacks.

In addition, the subpoena should be quashed because it subjects me as an indified customer of Comcast, to undue burden in that my name be revealed to the Plaintiff, resulting in the invasion of my privacy, harrassing phone calls and causing me to defend myself in an action more that 100 miles away from my home.

I humbly ask the Court to please consider this protective motion to quash and vacate case number 17-cv-3850.

Doe #7
July 5, 2017